U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>Anthony T. Caldwell<br>v.<br>Fresenius Medical Care of Illinois, LLC | Case Number:<br><br>FILED COPY: MAY 9, 2008<br>08CV2687   EDA<br>JUDGE KENDALL<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Brian S. Schwartz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Brian S. Schwartz |
| FIRM<br>Barry A. Gomberg & Associates, Ltd. |
| STREET ADDRESS<br>53 W. Jackson Blvd., Suite 1350 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6273020 | TELEPHONE NUMBER<br>(312) 922-0550 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |