**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| **Anthony T. Caldwell** | **08cv02687** |

v.

**Fresenius Medical Care of Illinois, LLC**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Bio-Medical Applications of Illinois, Inc., incorrectly identified as Fresenius Medical Care of Illinois, LLC**

| NAME (Type or print)    **Sara A. Weinberg** |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/**Sara A. Weinberg** |
| FIRM<br>   **JACKSON LEWIS LLP** |
| STREET ADDRESS<br>   **320 W. OHIO, SUITE 500** |
| CITY/STATE/ZIP<br>   **CHICAGO, IL  60610** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **6270806** | **312-787-4949** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on **June 10, 2008**, she caused the foregoing Appearance of Sara A. Weinberg to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604

Dated: June 10, 2008              By:   /s/ Sara A. Weinberg
                                                         Sara A. Weinberg