UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 cv 2687 |
| | ) | |
| FRESENIUS MEDICAL CARE OF | ) | District Judge Virginia M. Kendall |
| ILLINOIS, LLC, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S FRCP 12(b)(6) MOTION TO DISMISS
COUNTS I AND II OF PLAINTIFF'S COMPLAINT**

Defendant Bio-Medical Applications of Illinois, Inc., incorrectly identified as Fresenius Medical Care of Illinois, LLC (hereinafter "Bio-Medical"), by its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6), moves for dismissal of Counts I and II of Plaintiff Anthony T. Caldwell's ("Caldwell") complaint because Caldwell failed to exhaust his administrative remedy with respect to those claims. Additionally, even if Caldwell has exhausted his administrative remedies, he voluntarily withdrew certain allegations contained in Counts I and II while the Charge was pending before the Illinois Department of Human Rights ("IDHR"). In making this motion, Defendant relies upon the pleadings, the applicable law, and its contemporaneously filed memorandum in support of this motion.

**WHEREFORE**, for these reasons and pursuant to Fed. R. Civ. P. 12(b)(6), Defendant respectfully requests that the Court enter an Order granting this motion and dismissing Counts I and II of Caldwell's complaint, in whole or in part, and awarding Defendant such other and further relief as the Court deems appropriate.

Dated: June 10, 2008                                **BIO-MEDICAL APPLICATIONS OF ILLINOIS, INC.**


                                                  By: /s/ Nadine C. Abrahams
                                                        One of Its Attorneys

Nadine C. Abrahams (abrahamn@jacksonlewis.com)
Sara A. Weinberg (weinbers@jacksonlewis.com)
Jackson Lewis LLP
320 W. Ohio Street
Suite 500
Chicago, IL  60610
Tel:  (312) 787-4949
Fax:  (312) 787-4995

2

## CERTIFICATE OF SERVICE

     The undersigned attorney hereby certifies that on **June 10, 2008**, she caused the foregoing Defendant's Motion to Dismiss Counts I and II of Plaintiff's Complaint to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604

Dated: June 10, 2008                                By:   /s/ Nadine C. Abrahams
                                                                 Nadine C. Abrahams