## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 cv 2687 |
| ) | |
| FRESENIUS MEDICAL CARE OF ) | District Judge Virginia M. Kendall |
| ILLINOIS, LLC, ) | Magistrate Judge Geraldine Soat Brown |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO:   Barry A. Gomberg
      Brian S. Schwartz
      Barry A. Gomberg & Associates, Ltd.
      53 W. Jackson Blvd., Suite 1350
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that at **9:00 a.m. on Monday, June 16, 2008**, Defendant will appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in Courtroom 2319, and present **Defendant's Motion to Dismiss Counts I and II of Plaintiff's Complaint and Memorandum of Law in Support,** copies of which are attached hereto and hereby electronically served upon you.

Dated: June 10, 2008                **BIO-MEDICAL APPLICATIONS OF ILLINOIS, INC.**

                                    By:  /s/ Nadine C. Abrahams
                                         One of Its Attorneys

Nadine C. Abrahams (abrahamn@jacksonlewis.com)
Sara A. Weinberg (weinbers@jacksonlewis.com)
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, IL  60610
Tel:  (312) 787-4949
Fax:  (312) 787-4995

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **June 10, 2008**, she caused the foregoing Defendant's Notice of Motion to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604

Dated: June 10, 2008                    By:   /s/ Nadine C. Abrahams
                                              Nadine C. Abrahams