UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |  |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 cv 2687 |
| | ) | |
| FRESENIUS MEDICAL CARE OF ILLINOIS, LLC, | ) ) | District Judge Virginia M. Kendall Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Barry A. Gomberg
　　　Brian S. Schwartz
　　　Barry A. Gomberg & Associates, Ltd.
　　　53 W. Jackson Blvd., Suite 1350
　　　Chicago, Illinois 60604

PLEASE TAKE NOTICE THAT on June 10, 2008, we caused to be filed **Defendant's Answer and Affirmative Defenses to Counts III through X of Plaintiff's Complaint** with the Court by the Court's ECF/CM electronic filing protocols, that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

Dated: June 10, 2008　　　　　　　　　　**BIO-MEDICAL APPLICATIONS OF ILLINOIS, INC.**

　　　　　　　　　　　　　　　　　　　　By: /s/ Nadine C. Abrahams
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Nadine C. Abrahams (abrahamn@jacksonlewis.com)
Sara A. Weinberg (weinbers@jacksonlewis.com)
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, IL  60610
Tel:  (312) 787-4949
Fax:  (312) 787-4995

## **CERTIFICATE OF SERVICE**

     The undersigned attorney hereby certifies that on **June 10, 2008**, she caused the foregoing Defendant's Notice of Filing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Barry A. Gomberg  
Brian S. Schwartz  
Barry A. Gomberg & Associates, Ltd.  
53 W. Jackson Blvd., Suite 1350  
Chicago, Illinois 60604  

Dated: June 10, 2008                                By:   /s/ Nadine C. Abrahams  
                                                                             Nadine C. Abrahams