UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Anthony T Caldwell
                                    Plaintiff,
v.                                             Case No.: 1:08−cv−02687
                                               Honorable Virginia M. Kendall
Fresenius Medical Care of Illinois, LLC
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held and continued to 7/22/2008 at 09:00 AM regarding motion to dismiss[10]. Initial status hearing date of 7/14/2008 is reset for 7/22/2008 at 09:00 AM.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.