## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 cv 2687 |
| | ) | |
| FRESENIUS MEDICAL CARE OF | ) | District Judge Virginia M. Kendall |
| ILLINOIS, LLC, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Renal Care Group, Inc., incorrectly identified as Fresenius Medical Care of Illinois, LLC ("Defendant"), by its attorneys, submits the following disclosures pursuant to Fed.R.Civ.P. 7.1:

RCG is a wholly owned subsidiary of Fresenius Medical Care Holdings, Inc., d/b/a Fresenius Medical Care North America ("FMCH"). All of the issued and outstanding shares of common stock of FMCH are held by Fresenius Medical Care North America Holdings Limited Partnership, with Fresenius Medical Care US Vermogensverwaltungs GmbH and Co. KG, as its general partner and Fresenius Medical Care Beteiligungsgesellschaft mbH and Fresenius Medical Care US Zwei Vermogensverwaltungs GmbH & Co. KG as its limited partners. Both Fresenius Medical Care US Vermogensverwaltungs GmbH & Co. KG and Fresenius Medical Care US Zwei Vermogensverwaltungs GmbH & Co. KG are owned by Fresenius Medical Care Vermogensverwaltungs GmbH (as general partner) and Fresenius Medical Care Beteiligungsgesellschaft mbH (as limited partner). Fresenius Medical Care Vermogensverwaltungs GmbH and Fresenius Medical Care US Beteiligungsgesellschaft mbH are both wholly owned subsidiaries of Fresenius Medical Care AG & Co. KGaA. Fresenius SE (Societas Europaea), a public company organized under the statutes of the European Union, is the controlling shareholder of Fresenius Medical Care AG & Co. KGaA.

Dated: June 24, 2008                    **RENAL CARE GROUP, INC.**

                                        By: /s/ Nadine C. Abrahams
                                            One of Its Attorneys

Nadine C. Abrahams (abrahamn@jacksonlewis.com)
Sara A. Weinberg (weinbers@jacksonlewis.com)
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, IL  60610
Tel:  (312) 787-4949
Fax:  (312) 787-4995

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on **June 24, 2008**, she caused the foregoing Defendant's Rule 7.1 Disclosure Statement to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604

Dated: June 24, 2008                    By:     /s/ Nadine C. Abrahams
                                                Nadine C. Abrahams