UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 2687 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | Magistrate Judge Soat Brown |
| FRESENIUS MEDICAL CARE OF | ) | |
| ILLINOIS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

Now comes the Plaintiff, Anthony T. Caldwell, by and through his attorneys, Barry A. Gomberg & Associates, Ltd., and the Defendant, Renal Care Group, Inc., by and through its attorneys, Nadine C. Abrahams and Sara A. Weinberg, Jackson Lewis, LLP, and hereby submit the following Joint Initial Status Report:

**Attorneys of Record:**

For Plaintiff:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, IL 60604
(312) 922-0550

For Defendant:

Nadine C. Abrahams
Sara A. Weinberg
Jackson Lewis LLP
320 W. Ohio St., Suite 500
Chicago, IL 60610
(312) 7874949

**Basis For Federal Jurisdiction:**

Jurisdiction is conveyed upon this Court by virtue of 28 U.S.C. § 1343 as the claims in this case arise under the laws of the United States of America.

**Nature of Claims Asserted:**

The claims in this case are for race discrimination, sex discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and 42 U.S.C. § 1981.

**Principal Legal And Factual Issues:**

Plaintiff was formerly employed by Defendant. Plaintiff contends that he was discriminated against based on his race, sex, disability and also in retaliation for engaging in protected activities. Defendant denies liability.

Principal legal issues include:

(1) Whether Plaintiff can prove discrimination based on the direct or indirect evidence methods;

(2) Whether Defendant can prove a legitimate business reason for Plaintiff's termination and for its employment actions with regard to Plaintiff;

(3) Whether Plaintiff can prove pretext;

(4) Whether Plaintiff can prove his damages;

(5) Whether Defendant can prove its affirmative defenses;

(6) Whether Plaintiff can prove he suffered from a "disability" under the ADA;

(7) Whether Plaintiff engaged in any protected activity.

**Whether A Jury Has Been Requested:**

A jury trial has been requested.

**Status of Discovery to Date and Anticipated Discovery:**

The parties have exchanged discovery requests and Rule 26(a)(1) disclosures. Upon completion of the initial discovery requests, the parties will take depositions.

**Earliest Date Parties Would Be Ready For Trial:**

The parties will be ready for trial in 2009.

**Proceeding Before Magistrate Judge:**

The parties do not consent to proceed before the Magistrate Judge at this time.

**Status of Settlement Discussions:**

The parties explored settlement prior to the filing of this case, but were unable to reach an agreement.

Respectfully submitted,

| | |
|---|---|
| ANTHONY T. CALDWELL | RENAL CARE GROUP, INC. |
| s/ Brian S. Schwartz | s/ Sara A. Weinberg |
| | |
| Barry A. Gomberg | Nadine C. Abrahams |
| Brian S. Schwartz | Sara A. Weinberg |
| Barry A. Gomberg & Associates, Ltd. | Jackson Lewis, LLP |
| 53 W. Jackson Blvd., Suite 1350 | 320 W. Ohio St., Suite 500 |
| Chicago, IL 60604 | Chicago, IL 60610 |
| (312) 922-0550 | (312) 787-4949 |

4

**CERTIFICATE OF SERVICE**

To:   Nadine C. Abrahams
      Sara A. Weinberg
      Jackson Lewis, LLP
      320 W. Ohio St., Suite 500
      Chicago, IL 60610

    I, Brian S. Schwartz, certify that I caused a true and correct copy of the Joint Initial Status Report to be sent to the above named counsel of record via CM/ECF filing on July 17, 2008.

s/ Brian S. Schwartz