UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Anthony T Caldwell

                                                                                              Plaintiff,

v.                                                                                                                               Case No.: 1:08−cv−02687
Honorable Virginia M. Kendall

Fresenius Medical Care of Illinois, LLC

                                                                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held. Defendant's motion to dismiss[10]is denied as moot. Status hearing held. All fact discovery shall be completed by 12/31/2008. All expert discovery shall be completed by 2/9/2009. Dispositive motions with supporting memoranda due by 3/9/2009. Responses due by 3/30/2009. Replies due by 4/13/2009. Court will rule by mail. Status hearing set for 1/5/2009 at 09:00 AM. Jury Trial set for 8/10/2009 at 09:15 AM. Plaintiff is given to 7/29/2008 to file an amended complaint. Defendants are given to 8/12/2008 to answer or otherwise plead. Plaintiff's response to any motions is to be filed by 8/12/2008. Reply is due by 8/19/2008. Court will rule by mail.Advised in open court notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.