**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 cv 2687 |
| | ) | |
| RENAL CARE GROUP, INC., | ) | District Judge Virginia M. Kendall |
| | ) | Magistrate Judge Geraldine Soat Brown |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENTRY OF AGREED STIPULATION**

Defendant Renal Care Group, Inc. ("RCG" or "Defendant) moves this Court to enter the attached Agreed Stipulation.  In support of this Motion, RCG states as follows:

1.    On July 29, 2008, Plaintiff Anthony T. Caldwell ("Caldwell") filed his First Amended Complaint.

2.    Counts I and II of Caldwell's First Amended Complaint contain claims which he voluntarily withdrew while his charge of discrimination was pending before the Illinois Department of Human Rights.

3.    Pursuant to the attached Agreed Stipulation, Caldwell is dismissing with prejudice the following:  (1) any claim of racial harassment and any claim of failure to promote on March 19, 2007 based on race contained in Count I; and (2) any claim of involuntary transfer and failure to promote on March 19, 2007 based on his gender contained in Count II.  A copy of the parties' Agreed Stipulation is attached hereto as Exhibit 1 and a proposed order is attached as Exhibit 2.

WHEREFORE, RCG respectfully requests that the Court enter the attached order dismissing the following allegations from Counts I and II with prejudice:

(a) harassment based on race as contained in Count I;

(b) failure to promote on March 19, 2007 based on race as contained in Count I;

(c) involuntary transfer on March 19, 2007 based on sex as contained in Count II; and

(d) failure to promote on March 19, 2007 based on sex as contained in Count II;

and to grant such other and further relief as the Court deems appropriate consistent with that Order.

Dated: August 11, 2008                              **RENAL CARE GROUP, INC.**


                                        By: /s/ Nadine C. Abrahams
                                              One of Its Attorneys

Nadine C. Abrahams (abrahamn@jacksonlewis.com)
Sara A. Weinberg (weinbers@jacksonlewis.com)
Jackson Lewis LLP
320 W. Ohio Street
Suite 500
Chicago, IL  60654
Tel:  (312) 787-4949
Fax:  (312) 787-4995

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **August 11, 2008**, she caused the foregoing Defendant's Motion for Entry of Agreed Stipulation to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604

Dated: August 11, 2008                    By:    /s/ Nadine C. Abrahams
                                                   Nadine C. Abrahams

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 cv 2687 |
| | ) | |
| RENAL CARE GROUP, INC., | ) | District Judge Virginia M. Kendall |
| | ) | Magistrate Judge Geraldine Soat Brown |
| Defendant. | ) | |

## AGREED STIPULATION

Plaintiff Anthony T. Caldwell ("Caldwell"), by and through his attorneys Barry A. Gomberg and Brian S. Schwartz of Barry A. Gomberg & Associates, LTD., and Defendant Renal Care Group, Inc. ("RCG"), by and through its attorneys Nadine C. Abrahams and Sara A. Weinberg of Jackson Lewis LLP, stipulate and agree as follows:

1.      Count I of Caldwell's First Amended Complaint is a claim of race discrimination pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"). To support his claim, Caldwell attaches a copy of the charge of discrimination he filed with the Illinois Department of Human Rights ("IDHR") on April 12, 2007. A copy of the April 12, 2007 charge is attached hereto as Exhibit A.

2.      The April 12, 2007 charge alleged three counts of alleged discriminatory conduct based on race: (1) harassment based on race; (2) failure to promote on March 19, 2007 based on race; and (3) involuntary transfer, March 19, 2007, based on race.

3.      By notice dated October 15, 2007, the IDHR entered an order indicating that Caldwell had voluntarily withdrawn the following race claims: (1) harassment based on race,

black; and (2) failure to promote – March 19, 2007, based on race, black.   A copy of the IDHR

notice dated October 15, 2007 is attached hereto as Exhibit B.

4.    In Count I of Caldwell's First Amended Complaint, he is only pursing his claim

that he was involuntarily transferred on March 19, 2007 because of his race.   The claims of

harassment based on race and failure to promote on March 19, 2007 based on race are not being

pursued in Count I of Caldwell's First Amended Complaint.    Caldwell stipulates that he is

dismissing with prejudice any claim of racial harassment and any claim of failure to promote on

March 19, 2007 based on race.

5.    Count II of Caldwell's First Amended Complaint is a claim of sex discrimination

pursuant to Title VII.    To support his claim, Caldwell attaches a copy of the charge of

discrimination he filed with the Illinois Department of Human Rights on April 12, 2007. (*See*

Exhibit A.)

6.    The April 12, 2007 charge alleged three counts of discriminatory conduct based

on sex: (1) harassment based on sex; (2) failure to promote on March 19, 2007 based on sex; and

(3) involuntary transfer on March 19, 2007 based on sex.

7.    By notice dated October 15, 2007, the IDHR entered an order indicating that

Caldwell had voluntarily withdrawn the following claims of sex discrimination: (1) failure to

promote – March 19, 2007, based on sex, male; and (2) involuntary transfer – March 19, 2007,

based on sex, male. (*See* Ex. B.)

8.    In Count II of Caldwell's First Amended Complaint, he is only pursing his claim

that he was subjected to harassment based on his sex.   The claims of involuntary transfer and

failure to promote on March 19, 2007 because of his sex are not being pursued in Count II of

Caldwell's First Amended Complaint. Caldwell stipulates that he is dismissing with prejudice any claim of involuntary transfer and failure to promote on March 19, 2007 based on his gender.

9.      Caldwell further stipulates that because he has dismissed these allegations, RCG is not required to respond to the dismissed allegations contained in the First Amended Complaint.

10.      The parties respectfully request that the Court enter an order dismissing the following allegations from Counts I and II with prejudice:

        (a) harassment based on race;

        (b) failure to promote on March 19, 2007 based on sex and race; and

        (c) involuntary transfer on March 19, 2007 based on sex.

Dated: August 11, 2008

**ANTHONY T. CALDWELL**             **RENAL CARE GROUP, INC.**

By: /s/ Brian S. Schwartz (w/consent)      By:  /s/ Nadine C. Abrahams

Barry A. Gomberg                      Nadine C. Abrahams
Brian S. Schwartz                    Sara A. Weinberg
Barry A. Gomberg & Associates, Ltd.    Jackson Lewis LLP
53 W. Jackson Blvd., Suite 1350        320 West Ohio Street, Suite 500
Chicago, Illinois 60604               Chicago, Illinois 60654



| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#07W0412.10 | AGENCY<br>☒ IDHR<br><br>☐ EEOC | CHARGE NUMBER<br><br>2007CF2674 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr. Ms. Mrs.)<br>Anthony T. Caldwell | HOME TELEPHONE (Include area code)<br>(773) 437-3122 | |
|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE<br>7300 South Shore Drive, Apt. 605   Chicago, IL  60649 | DATE OF BIRTH<br>/  / | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Fresenius Medical Care | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(312) 274-0202 |
|---|---|---|
| STREET ADDRESS    CITY, STATE AND ZIP CODE<br>710 N. Fairbanks       Chicago, IL  60611 | | COUNTY<br><br>Cook |
| CAUSE OF DISCRIMINATION BASED ON:<br><br>RACE    SEX | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>04/11/2007<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.    A.    ISSUE/BASIS

HARASSMENT – NOVEMBER 2006 THROUGH APRIL 11, 2007, BASED ON MY SEX, MALE

B.    PRIMA FACIE ALLEGATIONS

1.    My sex is male.

2.    My job performance meets Respondent's legitimate expectations. I began my employment with Respondent in August 2005.

Continued...

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE<br>ME THIS 12ᵗʰ DAY OF _April_ , 2007<br><br>NOTARY SIGNATURE |
|---|---|
| "OFFICIAL SEAL"<br>JACQUELYN TURNER HAMB<br>Notary Public, State of Illinois<br>My Commission Expires 9/21/09<br>NOTARY SEAL | X _Arthur Caldwell_  4-12-07<br>SIGNATURE OF COMPLAINANT       DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Anthony T. Caldwell
Charge Number: 2007CF2674
Page 2.

3.  From November 2006 until April 11, 2007, Doris Pennington (female), Facilities Manager, harassed me.

   a.  On a regular basis Ms. Pennington threatened to write me up, she lied to me and told me on more than one occasion that I would never be promoted.

   b.  In January 2007, Pennington threatened to write me up for not wearing my scrubs.

   c.  In or about February 2007, Pennington tried to get other Departments to write me up.

   d.  On April 11, 2007, Leslie Janstro (female), Education Coordinator, pushed me in my chest and Dr. Schuster (male), followed closely behind me to intimidate me as I was leaving Respondent's facility.

4.  The harassment created a hostile, intimidating, work environment for me. Similarly situated female employees are not harassed.

II.   A.   ISSUE/BASIS

      HARASSMENT -- NOVEMBER 2006 UNTIL APRIL 11, 2007, BASED ON MY RACE, BLACK

   B.   PRIMA FACIE ALLEGATIONS

   1.  My race is black.

   2.  My job performance meets Respondent's legitimate expectations. I began my employment with Respondent in August 2005.

   3.  From November 2006 until April 11, 2007, Doris Pennington (black), Facilities Manager, harassed me.

   a.  On a regular basis Ms. Pennington threatened to write me up, she lied to me and told me on more than one occasion that I would never be promoted.

   b.  In January 2007, Pennington threatened to write me up for not wearing my scrubs.

   c.  In or about February 2007, Pennington tried to get other Departments to write me up.

Continued...

Complainant: Anthony T. Caldwell
Charge Number: 2007CF2674
Page 3.

    d.    On April 11, 2007, Leslie Janstro (white), Education Coordinator, pushed me in my chest and Dr. Schuster (white), followed closely behind me to intimidate me as I was leaving Respondent's facility.

    4.    The harassment created a hostile, intimidating, work environment for me. Similarly situated non-black employees are not harassed.

III.    A.    ISSUE/BASIS

        FAILURE TO PROMOTE – MARCH 19, 2007, BASED ON MY SEX, MALE

    B.    PRIMA FACIE ALLEGATIONS

    1.    My sex is male.

    2.    My job performance meets Respondent's legitimate expectations. I began my employment with Respondent in August 2005.

    3.    In November 2006, I applied for a Biomedical Equipment Technician position that Respondent had available. I was qualified and was being trained for the position. On or about January 19, 2007, Respondent abruptly stopped training me on the Biomedical Equipment, without reason.

    4.    On March 19, 2007, without granting me an interview, Respondent placed Carmen (last name unknown, female), into the Biomedical Equipment Technician position. Doris Pennington (female), Facilities Manager, had told me on several occasions that I would not be promoted as long as I was at her facility.

IV.    A.    ISSUE/BASIS

        FAILURE TO PROMOTE – MARCH 19, 2007, BASED ON MY RACE, BLACK

    B.    PRIMA FACIE ALLEGATIONS

    1.    My race is black.

    2.    My job performance meets Respondent's legitimate expectations. I began my employment with Respondent in August 2005.

Continued...

Complainant: Anthony T. Caldwell
Charge Number: 2007CF2674
Page 4.

3.   In November 2006, I applied for a Biomedical Equipment Technician position that Respondent had available. I was qualified and was being trained for the position. On or about January 19, 2007, Respondent abruptly stopped training me on the Biomedical Equipment, without reason.

4.   On March 19, 2007, without granting me an interview, Respondent placed Carmen (last name unknown, Asian), into the Biomedical Equipment Technician position. Doris Pennington (black), Facilities Manager, had told me on several occasions that I would not be promoted as long as I was at her facility.

V.   A.   ISSUE/BASIS

INVOLUNTARY TRANSFER – MARCH 19, 2007, BASED ON MY SEX, MALE

B.   PRIMA FACIE ALLEGATIONS

1.   My sex is male.

2.   My job performance meets Respondent's legitimate expectations. I began my employment with Respondent in August 2005.

3.   On March 19, 2007, when Doris Pennington (female), Facilities Manager, denied me the promotion to the Biomedical Equipment Technician position, Olga (female), Area Manager, transferred me to Respondent's Northwestern Hospital facility to train as a Biomedical Equipment Technician. However, when I reported to Northwestern Hospital, Chris Garcia (female), Dialysis Technician, was already being trained for the Biomedical Equipment Technician position.

4.   Similarly situated female employees are treated differently under similar circumstances.

Continued....

Complainant: Anthony T. Caldwell
Charge Number: 2007CF2674
Page 5.

VI.   A.   ISSUE/BASIS

INVOLUNTARY TRANSFER – MARCH 19, 2007, BASED ON MY
RACE, BLACK

B.   PRIMA FACIE ALLEGATION

1.   My race is black.

2.   My job performance meets Respondent's legitimate expectations.  I
began my employment with Respondent in August 2005.

3.   On March 19, 2007, when Doris Pennington (black), Facilities
Manager, denied me the promotion to the Biomedical Equipment
Technician position, Olga  (non-black), Area Manager, transferred me
to Respondent's Northwestern Hospital facility to continue my training
as a Biomedical Equipment Technician.  However, when I reported to
Northwestern Hospital, Chris Garcia, (Asian), Dialysis Technician,
was already being trained for the Biomedical Equipment Technician
position.

4.   Similarly situated non-black employees are treated differently under
similar circumstances.

MEE/JJT

# B

 

# STATE OF ILLINOIS

## DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF:                          )
                                           )
Anthony Caldwell                           )
        COMPLAINANT,                 )      Charge No. 2007CF2674
                                           )      EEOC No. 21BA71373
AND                                        )
                                           )
                                           )
Biomedical Application of Illinois, Inc.   )
                                           )
        RESPONDENT.                  )

**RECEIVED OCT 22 2007 BY:**

## NOTICE OF ADMINISTRATIVE CLOSURE

To: Anthony Caldwell
    c/o Lynette Lewis, Attorney
    Attorney at Law
    3502 W. 95th Street
    Evergreen Park, Illinois 60805

Nadine C. Abrahams
Nesheba N. Kittling
Fisher and Phillips LLP
140 South Dearborn Street
Suite 1000
Chicago, Illinois 60603

Charge Number 2007CF2674 having been filed with the Department of Human Rights by Complainant against Respondent, and Complainant having submitted a written request to withdraw the following parts of this charge pursuant to the Department's Rules and Regulations:

1. Harassment – November 2006 until April 1, 2007, based on my race, black.
2. Failure to promote – March 19, 2007, based on my sex, male.
3. Failure to promote – March 19, 2007, based on my race, black.
4. Failure to promote – March 19, 2007, based on my race, black.
5. Involuntary transfer – March 19, 2007, based on my sex, male.

You are hereby NOTIFIED that Complainant's request to withdraw is approved and that the parts of the charge specified above are hereby administratively closed. The Department will take no further action with regard to these allegations. All remaining allegations shall continue to be processed in accordance with the Department's Rules and Regulations.

ENTERED THIS 15th DAY OF October 2007.

DEPARTMENT OF HUMAN RIGHTS

BY: _____
      Charles Dunlap
      Investigations Supervisor

PARTCLOS
1/02

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 cv 2687 |
| | ) | |
| RENAL CARE GROUP, INC., | ) | District Judge Virginia M. Kendall |
| | ) | Magistrate Judge Geraldine Soat Brown |
| Defendant. | ) | |

**PROPOSED ORDER**

This matter is before the Court on Defendant's motion for entry of the Agreed Stipulation, due notice having been given and the Court being advised in the premises. It is hereby ORDERED that the following allegations from Counts I and II of Plaintiff's First Amended Complaint are dismissed with prejudice:

(a) harassment based on race as contained in Count I;

(b) failure to promote on March 19, 2007 based on race as contained in Count I;

(c) involuntary transfer on March 19, 2007 based on sex as contained in Count II; and

(d) failure to promote on March 19, 2007 based on sex as contained in Count II.

ENTERED:

Dated: August __, 2008

_____
Honorable Virginia Kendall