**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY T. CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 cv 2687 |
| | ) | |
| RENAL CARE GROUP, INC., | ) | District Judge Virginia Kendall |
| | ) | Magistrate Judge Geraldine Soat Brown |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Barry A. Gomberg
      Brian S. Schwartz
      Barry A. Gomberg & Associates, Ltd.
      53 W. Jackson Blvd., Suite 1350
      Chicago, Illinois 60604

        PLEASE TAKE NOTICE that at **9:00 a.m. on Wednesday, August 20, 2008**, Defendant

will appear before the Honorable Virginia Kendall, or any judge sitting in her stead, in

Courtroom 2319, and present **Defendant's Motion for Entry of Agreed Stipulation,** copies of

which are attached hereto and hereby electronically served upon you.

Dated: August 11, 2008                    **RENAL CARE GROUP, INC.**

                                By:  /s/ Nadine C. Abrahams
                                       One of Its Attorneys

Nadine C. Abrahams (abrahamn@jacksonlewis.com)
Sara A. Weinberg (weinbers@jacksonlewis.com)
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, IL  60610
Tel:  (312) 787-4949
Fax:  (312) 787-4995

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **August 11, 2008**, she caused the foregoing Defendant's Notice of Motion to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604

Dated: August 11, 2008                    By:    /s/ Nadine C. Abrahams
                                                          Nadine C. Abrahams