UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Anthony T Caldwell
                            Plaintiff,
v.                                              Case No.: 1:08−cv−02687
                                                Honorable Virginia M. Kendall
Fresenius Medical Care of Illinois, LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. 20/2008 regarding motion for miscellaneous relief, [22] ; Motions terminated: MOTION by Defendant Fresenius Medical Care of Illinois, LLCdismissal with prejudice of certain claims in Counts I and II of Plaintiff's First Amended Complaint[22] is granted. Plaintiff is given to 8/27/2008 to file a second amended complaint. Defendant is given to 9/3/2008 to file its answer. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.