Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2687 | DATE | 8/20/2008 |
| CASE TITLE | CALDWELL vs. RENAL CARE GROUP INC | | |

**DOCKET ENTRY TEXT**

Enter order re: dismissal of certain allegations in the amended complaint.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|