

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY T. CALDWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 cv 2687 |
| ) | |
| RENAL CARE GROUP, INC., ) | District Judge Virginia M. Kendall |
| ) | Magistrate Judge Geraldine Soat Brown |
| Defendant. ) | |

### ORDER

This matter is before the Court on Defendant's motion for entry of the Agreed Stipulation, due notice having been given and the Court being advised in the premises. It is hereby ORDERED that the following allegations from Counts I and II of Plaintiff's First Amended Complaint are dismissed with prejudice:

(a) harassment based on race as contained in Count I;

(b) failure to promote on March 19, 2007 based on race as contained in Count I;

(c) involuntary transfer on March 19, 2007 based on sex as contained in Count II; and

(d) failure to promote on March 19, 2007 based on sex as contained in Count II.

ENTERED:

_Honorable Virginia Kendall_

Dated: August 18, 2008